# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION


**MICHAEL JAY RAMAKER**                              **PETITIONER**

**VS.**                **CASE NO. 5:05CV00236 GH/HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**               **RESPONDENT**


## ORDER


The Court has received proposed Findings and Recommendations from Magistrate Judge

H. David Young.  No objections have been filed.  After careful review, the Court concludes that

the Findings and Recommendations should be, and hereby are, approved and adopted in their

entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS SO ORDERED this  _23rd_  day of November, 2005.


J. LEON HOLMES *for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE